# EXHIBIT "B"



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827

# Santander Consumer USA Inc.

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **Lienholder** | SANTANDER CONSUMER USA |
| **Lienholder Address** | PO BOX 961288<br>FORT WORTH, TX 76161 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1G1ZB5ST9GF305471 | **Issuance Date** | 4/1/2019 |
| | | **Received Date** | 4/2/2019 |
| **Title State** | AZ | **ELT/Paper** | ELECTRONIC |
| **Year** | 2016 | **Odometer Reading** | 37075 |
| **Make** | CHEV | **Branding** | |
| **Model** | | | |
| **Owner 1** | AVELINO GUTIERREZ | | |
| **Owner 2** | MARIA TERESA GUTIERREZ | | |
| **Owner Address** | 5421 W INDIAN SCHOOL RD | | |