# EXHIBIT "C"

## N.A.D.A. Official Used Car Guide
## Automated Vehicle Valuation
Monday, September 19, 2022

| | | | |
|---|---|---|---|
| **Guide Edition:** | August 2022 | **Region:** | Desert Southwest |
| **Vehicle:** | 2016 CHEVROLET | | |
| | Malibu | **VIN:** | 1G1ZB5ST9GF305471 |
| | Sedan 4D LS 1.5L I4 Turbo | **Weight:** | 3,097 |
| **Mileage:** | 117,000 | **MSRP:** | $23,120.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Base Retail:** | $15,075.00 | **Base Trade:** | $12,375.00 | **Base Loan:** | $11,150.00 |

**Accessory Adjustments:**

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| Aluminum/Alloy Wheels | (w/body) | (w/body) | (w/body) |

| | | | |
|---|---|---|---|
| **Mileage Adj.:** | ($2,050.00) | **(Trade) Accessory Adj.:** | $0.00 |

### Total N.A.D.A. Official Used Car Values

| | | | | | |
|---|---|---|---|---|---|
| **Retail:** | $13,025.00 | **Trade:** | $10,325.00 | **Loan:** | $9,100.00 |

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company  Copyright NADASC 1996